IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. KING, | ) | |
| | ) | NO. 3:07-1064 |
| Plaintiff, | ) | JUDGE HAYNES |
| | ) | |
| v. | ) | |
| | ) | |
| TEAYS VALLEY HEALTH SERVICES, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Defendant's motion to dismiss (Docket Entry No. 16) contending that Plaintiff's claims are barred by the res judicata doctrine based upon the prior decision of the Court in King et al v. Hospital Corporation of America, *et al*, 2:08-0018. To date, Plaintiff has responded nor requested an extension to file a response. After review, the Defendant's motion to dismiss is well-taken and is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___9th___ day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge